FILED

SEP 12 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  KENDRA BERTSCHY
   Certified Student Attorney
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   SARAH ANN O'NEAL

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,          )  Case No. 2:11-cr-0163 DAD
                                      )
13              Plaintiff,            )           DaD
                                      )  STIPULATION AND [PROPOSED] ORDER
14      v.                            )  CONTINUING STATUS CONFERENCE AND
                                      )  JURY TRIAL AND EXCLUDING TIME
15 SARAH ANN O'NEAL,                  )
                                      )  DATE:   September 13, 2011
16              Defendant.            )  TIME:   10:00 a.m.
                                      )  JUDGE:  Hon. Dale A. Drozd
17 _____  )

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, DAVID STEVENS, Special Assistant United

20 States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief

21 Assistant Federal Defender, attorney for SARAH ANN O'NEAL, and

22 Certified Student Attorney, KENDRA BERTSCHY, that the Status Conference

23 hearing date of September 13, 2011 be vacated, and the matter

24 rescheduled for Status Conference on November 15, 2011 at 10:00 a.m.

25 It is also stipulated that the Jury Trial date of September 26, 2011 be

26 vacated, and the matter rescheduled for Jury Trial on November 28, 2011

27 at 10:00 a.m.

28 ///

1  This continuance is requested because Ms. O'Neal's counsel needs
2  additional time to prepare, conduct additional factual investigation,
3  and continue preliminary discussion with government's counsel toward
4  possible resolution of the case.
5  To afford time to complete these tasks, the parties agree that the
6  time under the Speedy Trial Act should be excluded from the date of
7  signing of this order through and including November 15, 2011 pursuant
8  to 18 U.S.C.§3161(h)(7)(B)(iv) [reasonable time to prepare] and Local
9  Code T4 based upon continuity of counsel and defense preparation.

Dated: September 12, 2011          Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Linda C. Harter
                                   LINDA C. HARTER
                                   Chief Assistant Federal Defender
                                   Attorney for Defendant
                                   SARAH ANN O'NEAL

                                   /s/ Kendra Bertschy
                                   KENDRA BERTSCHY
                                   Certified Student Attorney


Dated: September 12, 2011          BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ David Stevens
                                   DAVID STEVENS
                                   Special Assistant U.S. Attorney
                                   Attorney for Plaintiff


                         O R D E R

IT IS SO ORDERED.
Dated: __9/12/__, 2011             _____
                                   DALE A. DROZD
                                   U. S. Magistrate Judge