```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  KENDRA G. BERTSCHY
   Certified Student Attorney
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   SARAH ANN O'NEAL
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-0163 DAD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) THE TRIAL CONFIRMATION HEARING |
| | ) AND JURY TRIAL DATE AND |
| SARAH ANN O'NEAL, | ) CONTINUING A CHANGE OF PLEA |
| | ) HEARING AND EXCLUDING TIME |
| Defendant. | ) DATE:   February 21, 2011 |
| | ) TIME:   10:00 a.m. |
| _____ | ) JUDGE:  Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN L. LEE, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for SARAH ANN O'NEAL, and Certified Student Attorney, KENDRA BERTSCHY, that the Trial Confirmation Hearing date of January 17, 2012 at 10:00 a.m. and the Jury Trial date of January 30, 2012 at 9:00 a.m. be vacated.  It is also stipulated that the matter be rescheduled for a Change of Plea Hearing on February 21, 2011 at 10:00 a.m.

///

1  This continuance is requested because the parties are in the
2 process of plea negotiation.  The parties need more time to formalize a
3 plea agreement.  Defense counsel needs time to explain the offer
4 because Ms. O'Neal is current recovering from surgery. The parties
5 further agree that the time should be excluded from the date of this
6 [Proposed] Order until the Change of Plea Hearing which is set for
7 February 21, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(A)(iv)
8 and Local Code T4 (reasonable time to prepare).  The interests of
9 justice served by granting this continuance outweigh the best interests
10 of the public and the defendant in a speedy trial.  18 U.S.C. §
11 3161(h)(7)(A)(iv)11.

Dated: January 13, 2012                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Linda C. Harter
                                      LINDA C. HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      SARAH ANN O'NEAL

                                      /s/ Kendra G. Bertschy
                                      KENDRA G. BERTSCHY
                                      Certified Student Attorney

Dated: January 13, 2012                BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Justin L. Lee
                                      JUSTIN L. LEE
                                      Special Assistant U.S. Attorney
                                      Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

DATED: January 13, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:crim
11cr0163.stipord.status