```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JUSTIN L. LEE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | 2:11-CR-00163-DAD |
| ) | |
| Plaintiff,     ) | **ORDER TO SHOW CAUSE AND ORDER** |
| ) | **TO ISSUE JUDICIAL SUMMONS** |
| v.     ) | **RE: PROBATION REVOCATION** |
| ) | |
| SARAH A. O'NEAL,     ) | |
| ) | |
| Defendant.     ) | |
| _____) | |

IT IS HEREBY ORDERED that the defendant appear on June 4, 2013, at 10:00 a.m. to show cause why the probation imposed on May 2, 2012, should not be revoked due to the defendant's failure to satisfy her court-ordered restitution and special assessment obligations. The Clerk's Office shall issue a summons directing the defendant to appear on June 4, 2013, at 10:00 a.m.

DATED: April 29, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.Crim
o'neal0163.ord prob revoke.wpd